FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ JUN 28 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

---

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

     Plaintiff,

 v.

WESTBURY MANOR ENTERPRISES, INC. d/b/a
WESTBURY MANOR, A Corporation; VINCENT
SCOTTO, Individually; GENNARO SCOTTO,
Individually; and LUIGI SCOTTO, Individually,

     Defendants.

---

Civil Action No.

11-cv-1504 (LDW)

**SUPPLEMENTAL JUDGMENT**

Pursuant to this Court's order of April 1, 2010 [Dkt. No. 7], plaintiff Secretary of Labor Hilda L. Solis has submitted this Supplemental Judgment setting forth the names of defendants' employees and former employees due back wages and pre-judgment interest and the specific amounts of back wages and pre-judgment interest due each employee and former employee.

Accordingly, it is ORDERED that:

I. The sums of $482,780 in back wages and $50,000 in pre-judgment interest owed by defendants pursuant to the Consent Judgment shall be paid to defendants' employees and former employees listed on Exhibit A attached to this Supplemental Judgment in the amounts listed opposite each of their names.

II. Defendants shall complete payment of these sums and the civil money penalties in accordance with the requirements and the installment schedule of paragraph V of the Consent Judgment.

III. Plaintiff shall deliver the proceeds of defendants' payments less any legal deductions to the employees and former employees in the amounts listed in Exhibit A to this Supplemental Judgment.

IV. Any post-judgment interest shall be distributed by the U.S. Department of Labor, Wage Hour Division on a proportional basis to the employees and former employees listed on Exhibit A to this Supplemental Judgment.

SO ORDERED:

HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

DATED: 6/28, 2011
Central Islip, New York

2